IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAWN D. DANIELS, | § | |
| | § | No. 287, 2022 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1509003025 (N) |
| Appellee. | § | |

Submitted: November 7, 2022
Decided: January 12, 2023

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned in the Superior Court's July 13, 2022 order clarifying its January 31, 2022 order and denying the appellant's motion for reargument.[1] The appellant is not serving an illegal sentence.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm be GRANTED and the judgment of the Superior Court be AFFIRMED.

BY THE COURT:
*/s/ Gary F. Traynor*
Justice

---

[1] *State v. Daniels*, 2022 WL 2733509 (Del. Super. Ct. July 13, 2022).